UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

CR22-243MJD/DTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| | ) | |
| Plaintiff, | ) | 18 U.S.C. § 2 |
| | ) | 21 U.S.C. § 841(a)(1) |
| v. | ) | 21 U.S.C. § 841(b)(1)(A) |
| | ) | 21 U.S.C. § 853 |
| MARCUS TRICE | ) | |
| a/k/a "Frederick Leon Floyd," | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Possession with Intent To Distribute Fentanyl)

On or about August 31, 2022, in the State and District of Minnesota, the defendant,

**MARCUS TRICE,**
a/k/a "Frederick Leon Floyd,"

aided and abetted by others, did unlawfully, knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance mixture containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide, also known as fentanyl, a controlled substance, all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code, Section 2.



## FORFEITURE ALLEGATIONS

Count 1 of this Indictment is hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of Count 1 of this Indictment, the defendant,

**MARCUS TRICE**
a/k/a "Frederick Leon Floyd,"

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violation.

If any of the above-described property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_____   _____
UNITED STATES ATTORNEY            FOREPERSON