# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
               Plaintiff,

v.
                                                         Criminal No. 22-243 (MJD/DTS)

MARCUS TRICE,
               Defendant,

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (**x**)Ad Prosequendum           ()Ad Testificandum

Name of Detainee:  MARCUS TRICE (Hennepin Jail Booking #: 2022014133)
Detained at (custodian):  Hennepin County Public Safety Facility

The United States requests that the ( **X** ) **Investigating Agency** ( ) U.S. Marshals transport the detainee.

Detainee is:  a.)    (**X**) charged in this district by: Indictment
                           Charging Detainee With:  Controlled substance and firearm offenses
    or
            b.)    () a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)    () return to the custody of detaining facility upon termination of this proceeding
    or        b.)    (**X**) be retained in federal custody until final disposition of federal charges.

Appearance is necessary: Forthwith. Detainee is to be brought to the Magistrate of the Moment for purposes of initial appearance proceedings.

Dated: September 20, 2022                                            /s/ *Allen Slaughter*
                                                                              Allen A. Slaughter Jr., AUSA

## WRIT OF HABEAS CORPUS

        (X)Ad Prosequendum                                    ()Ad Testificandum

The above application is granted and the above-named custodian, the Investigating Agency, as well as the United States Marshal for this District, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

September 21, 2022                                      s/ David T. Schultz
Date                                                   UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known: Marcus TRICE

| | | | |
|---|---|---|---|
| A.K.A.(s) (if applicable): | Frederick Leon Floyd | Gender: | Male |
| Booking or Fed. Reg.#: | Hennepin # 202203891; | DOB: | xx/xx/1976 |
| Facility Address: | 401 S. 4th Ave. | Race: | African American |
| | Minneapolis, Minn. 55415 | FBI #: | 15728JC4 |
| Facility Phone: | (612) 348-5112 | MNCIS #: | 27CR2217305 |
| Currently Incarcerated For: | Controlled Substance Offense Conduct | | |

## RETURN OF SERVICE

Executed on _____ by _____ _____
                                                                                                                                                                                                                           (Signature)

                                                                                                                                                         Writ issued 9/21/2022