IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　　　　　　　　　　　　)<br>　　　　　　　　Plaintiff,　　　)<br>　　　　　　　　　　　　　　　　)<br>v.　　　　　　　　　　　　　　　)<br>　　　　　　　　　　　　　　　　)<br>Marcus Trice,　　　　　　　　　)<br>　　　　　　　　Defendant,　　　)<br>　　　　　　　　　　　　　　　　) | **COURT MINUTES - CRIMINAL**<br>　BEFORE:　JON T. HUSEBY<br>　U.S. Magistrate Judge<br><br>Case No:　　　　　22-cr-243 MJD/DTS<br>Date:　　　　　　September 26, 2022<br>Courthouse:　　　Minneapolis<br>Courtroom:　　　8E<br>Time Commenced:　10:37 a.m.<br>Time Concluded:　10:44 a.m.<br>Time in Court:　　7 minutes |

X **DETENTION HRG ONLY**

APPEARANCES:

　Plaintiff: Allen Slaughter, Assistant U.S. Attorney
　Defendant:  F. Clayton Tyler,
　　　　　　　X CJA

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order

Additional Information:

Defendant arraigned, see arraignment minutes and order.
Defendant waives the detention hearing but reserves the right to reopen in the future.

　　　　　　　　　　　　　　　　　　　　　　　　　　s/SAE
　　　　　　　　　　　　　　　　　　　　　Signature of Criminal Duty Clerk