# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

              Plaintiff,

    v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**
Criminal No. 22-00243(MJD/DTS)

MARCUS TRICE,
a/k/a/ Frederick Leon Floyd,

              Defendant.

Allan A. Slaughter and Matthew D. Forbes, Assistant United States Attorneys, Counsel for Plaintiff.

Daniel P. Repka, Repka Law, LLC, Counsel for Defendant.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 17, 2023. [Doc. 66.] No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a de novo review upon the record. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). Based upon that review, the Court adopts the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Court **ADOPTS** the Report and Recommendation of United States Magistrate Judge David T. Schultz dated August 17, 2023 **[Doc. 66]**;

2. Defendant's First Motion to Suppress Statements **[Doc. 28]** is **DENIED**; and

3. Defendant's First Motion to Suppress Evidence from Warrantless Search **[Doc. 29]** is **DENIED**.

Dated:  October 16, 2023                    s/Michael J. Davis
                                            Michael J. Davis
                                            United States District Court