# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS TRICE,<br>*a/k/a Frederick Leon Floyd*,<br><br>Defendant. | COURT MINUTES – CRIMINAL<br>BEFORE: Michael J. Davis<br>U.S. District Court – Minneapolis, MN<br><br>Case No.: 22-CR-00243-MJD-DTS-1<br>Date: August 20, 2024<br>Court Reporter: Lori Simpson<br>Courtroom: 13E<br>Time Commenced: 1:02 p.m.<br>Time Concluded: 1:21 p.m.<br>Time in Court: 19 minutes |

**APPEARANCES:**
Plaintiff: Allen A. Slaughter, Jr., Assistant U.S. Attorney
Defendant: Daniel L. Gerdts, CJA

**PROCEEDINGS:**
☒ All sealed and restricted documents shall remain sealed or restricted unless otherwise ordered by the Court.

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count No. | Guilty Plea | BOP | SR |
|---|---|---|---|
| 2 | X | 72 months | 5 Years |

☒ Special conditions: **See J&C for special conditions**.
  ☒ Special assessment in the amount of $100.00 to be paid.
  ☒ Count 1 of the Indictment is dismissed.
  ☒ Defendant is remanded to the custody of the USM.

Date:  August 20, 2024                                                                s/GRR
                                                          Courtroom Deputy to Judge Michael J. Davis